# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| SUZANNE CORTEZ,<br><br>        Plaintiff,<br><br>v.<br><br>KOHLS DEPARTMENT STORES, INC.,<br>        Defendant. | )<br>)<br>)<br>)<br>) Case No.: 1:17-cv-04311-LMM<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ James B. Saylor*<br>James B. Saylor, Esq.<br>Kelley Drye & Warren-NY<br>101 Park Avenue<br>New York, NY 10178<br>Phone: 212-808-7800<br>Email: jsaylor@kelleydrye.com<br>Attorney for the Defendant<br><br>Date: September 7, 2018 | */s/ Richard J. Albanese*<br>Richard J. Albanese, Esq.<br>Kimmel & Silverman, P.C.<br>30 East Butler Pike<br>Ambler, PA 19002<br>Phone: 215-540-8888<br>Fax: 877-600-2112<br>Email: ralbanese@creditlaw.com<br>Attorney for Plaintiff<br><br>Date: September 7, 2018 |

BY THE COURT:

_____
                                                    J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 31st day of August, 2018:

James B. Saylor, Esq.
Kelley Drye & Warren-NY
101 Park Avenue
New York, NY 10178
Phone: 212-808-7800
Email: jsaylor@kelleydrye.com

John O'Shea Sullivan, Esq.
Burr & Forman, LLP-ATL
171 17th Street, NW
Suite 1100
Atlanta, GA 30363
404-815-3000
Fax: 404-817-3244
Email: ssullivan@burr.com

Tala Amirfazli, Esq.
Burr & Forman, LLP-ATL
171 17th Street, NW, Suite 1100
Atlanta, GA 30363
404-685-4270
Email: tamirfazli@burr.com

Vincent P. Rao, Esq.
Kelley Drye & Warren-NJ
One Jefferson Road
2nd Floor
Parsippany, NJ 07054
973-503-5900
Email: vrao@kelleydrye.com
Attorneys for the Defendant

                                */s/ Richard J. Albanese*
                                Richard J. Albanese, Esq.
                                Kimmel & Silverman, P.C.
                                30 East Butler Pike
                                Ambler, PA 19002
                                Phone: 215-540-8888
                                Fax: 877-600-2112
                                Email: ralbanese@creditlaw.com
                                Attorney for the Plaintiff